1

2

3

4

5

6

7

8                                  UNITED STATES DISTRICT COURT

9                                 EASTERN DISTRICT OF CALIFORNIA

10

11   L.M. by and through her guardian ad          No.  2:14-cv-00767 MCE-AC
     litem ASHLEY McCAIN, individually
12   and as successor in interest to the
     Estate of STEVEN MOTLEY, et al.,
13                                                 **RELATED CASE ORDER**
                    Plaintiffs,
14
           v.
15
     CITY OF REDDING, et al.,
16
                    Defendants.
17

18   S M-B, a minor, by and through his           No.  2:14-cv-01736 TLN-CMK
     guardian ad litem DAWN BIANCO,
19   individually and as successor in
     interest to the Estate of STEVEN
20   MOTLEY,

21                  Plaintiff,

22         v.

23   CITY OF REDDING, et al.,

24                  Defendants.

25

26         The Court has received the Notice of Related Case filed on January 12, 2015.

27         Examination of the above-entitled civil actions reveals that these actions are

28   related within the meaning of Local Rule 123(a) (E.D. Cal. 1997).  The actions involve

                                                 1

1   many of the same defendants and are based on the same or similar claims, the same

2   property transaction or event, similar questions of fact and the same questions of law,

3   and would therefore entail a substantial duplication of labor if heard by different judges.

4   Accordingly, the assignment of the matters to the same judge is likely to effect a

5   substantial savings of judicial effort and is also likely to be convenient for the parties.

6          The parties should be aware that relating the cases under Local Rule 123 merely

7   has the result that both actions are assigned to the same judge; no consolidation of the

8   action is effected.  Under the regular practice of this court, related cases are generally

9   assigned to the district judge and magistrate judge to whom the first filed action was

10  assigned.

11         IT IS THEREFORE ORDERED that the action denominated 2:14-cv-01736 TLN-

12  CMK, S M-B, et al. v. City of Redding, et al.. is reassigned to Chief Judge Morrison C.

13  England, Jr. and Magistrate Judge Allison Claire for all further proceedings, and any

14  dates currently set in this reassigned case only are hereby VACATED.  The Clerk of the

15  Court is to issue an Order Requiring Joint Status Report.  Henceforth, the caption on

16  documents filed in the reassigned case shall be shown as 2:14-cv-01736-MCE-AC.

17         IT IS FURTHER ORDERED that the Clerk of the Court make appropriate

18  adjustment in the assignment of civil cases to compensate for this reassignment.

19         IT IS SO ORDERED.

20  Dated:  January 16, 2015

21

22

23  _____
    MORRISON C. ENGLAND, JR., CHIEF JUDGE
24  UNITED STATES DISTRICT COURT

25

26

27

28

                                        2