**GARY BRICKWOOD (SBN 94892)**
**BRICKWOOD LAW OFFICE**
1135 Pine St., Suite 210
Redding, CA 96001
Tel (530) 245-1877
Fax (530) 245-1879

Attorneys for Defendants
CITY OF REDDING and CHIEF ROBERT F. PAOLETTI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.M. by and through her guardian ad Litem ASHLEY MCCAIN, individually and as successor in interest to the Estate of STEVEN MOTLEY; CAROL ADAMS, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF REDDING, CHIEF ROBERT F. PAOLETTI, OFFICER JARED HEBERT, OFFICER WES TOWNSLEY, OFFICER BRANDON LARGENT, OFFICER BECKY ZUFALL, CORPORAL CHRIS JACOBY and DOES 1 through 10, inclusive, <br><br> Defendants. <br> _____ / | Lead Case No. 2:14-cv-00767-MCE-AC <br><br> (Consolidated Case No.: 2:14-cv-01736-TLN CMK) <br><br><br> **ORDER REGARDING MODIFICATION OF SCHEDULING ORDER** |

The court has reviewed and considered the Stipulation and request by all parties to modify the scheduling order. It appears to the Court that good cause has been established for the modifications requested and that the modifications to not require a change to the existing pre-trial and trial dates.

IT IS ORDERED that the pre-trial scheduling order, Document 35, filed January 21, 2016, is modified as follows:

Discovery, with the exception of expert discovery, shall be completed by June 10, 2016

Expert witnesses shall be disclosed not later than July 8, 2016

The last date to hear dispositive motions shall be October 18, 2016

In all other respects, the pre-trial scheduling order filed June 23, 2015, Document No. 31, shall remain in effect.

IT IS SO ORDERED.

Dated:  March 15, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

ORDER REGARDING MODIFICATION OF SCHEDULING ORDER

1