```
 1  LAW OFFICES OF VICKI I. SARMIENTO
    A Professional Corporation
 2  VICKI I. SARMIENTO, SBN 134047
    333 North Garfield Avenue
 3  Alhambra, California  91801
    Telephone:  (626) 308-1171
 4  Facsimile  : (626) 308-1101

 5  LAW OFFICES OF DALE K. GALIPO
    Dale K. Galipo, Esq. (SBN 144074)
 6  dalekgalipo@yahoo.com
    21800 Burbank Boulevard, Suite 310
 7  Woodland Hills, CA 91367
    Telephone:  (818) 347-3333
 8  Facsimile:   (818) 347-4118

 9  Attorney for Plaintiffs L.M and Carol Adams
```

10
11                    **UNITED STATES DISTRICT COURT**
12                    **EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 13  L.M. by and through her Guardian Ad Litem ASHELY MCCAIN, individually and as successor in interest to the Estate of STEVEN MOTLEY; CAROL ADAMS, individually, | Lead Case No.: 2:14 cv-00767 MCE-AC |
| | (Consolidated Case No.: 2:14 cv-01736-TLN-CMK) |
| Plaintiffs, | |
| vs. | **ORDER RE JOINT STIPULATION TO EXTEND  FACT AND EXPERT DISCLOSURE DATES** |
| CITY OF REDDING, CHIEF ROBERT F. PAOLETTI, OFFICER JARED HEBERT, OFFICER WES TOWNSLEY, OFFICER BRANDON LARGENT, OFFICER BECKY ZUFALL, CORPORAL CHRIS JACOBY; and DOES 1-10, inclusive , | |
| Defendants. | |
| S.M-B, a minow, by and through his Guardian Ad Litem DAWN BIANCO, individually and as successor in interest to the estate of STEVEN MOTLEY, | |
| Plaintiff, | |
| vs. | |

CITY OF REDDING, a municipal corporation; ROBERT F. PAOLETTI, JARED HEBERT, WES TOWNSLEY, BRANDON LARGENT, BECKY ZUFALL, CHRIS JACOBY; and DOES 1 to 25, inclusive,

    Defendants.

After consideration of the written Joint Stipulation of Plaintiffs and Defendants for an extension of fact discovery and expert disclosure dates, and good cause appearing.

IT IS HEREBY ORDERED that the dates be extended as follows:

| **Description** | **Current Date** | **Extended Date** |
| --- | --- | --- |
| Fact Discovery | 06/10/16 | 07/29/16 |
| Initial Expert Disclosures | 07/08/16 | 09/02/16 |

All other dates and deadlines set forth in the operative June 23, 2015 Pretrial Scheduling Order (ECF No. 31), as modified by the Court's order filed March 16, 2016 (ECF No. 44) remain unchanged.

**IT IS SO ORDERED.**

**Dated: May 4, 2016**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT