LAW OFFICES OF VICKI I. SARMIENTO
A Professional Corporation
VICKI I. SARMIENTO, SBN 134047
333 North Garfield Avenue
Alhambra, California  91801
Telephone:  (626) 308-1171
Facsimile  : (626) 308-1101

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone:  (818) 347-3333
Facsimile:   (818) 347-4118

*Attorney for Plaintiffs L.M and Carol Adams*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.M. by and through her Guardian Ad Litem ASHELY MCCAIN, individually and as successor in interest to the Estate of STEVEN MOTLEY; CAROL ADAMS, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF REDDING, CHIEF ROBERT F. PAOLETTI, OFFICER JARED HEBERT, OFFICER WES TOWNSLEY, OFFICER BRANDON LARGENT, OFFICER BECKY ZUFALL, CORPORAL CHRIS JACOBY; and DOES 1-10, inclusive ,<br><br>Defendants.<br>_____<br>S.M-B, a minor, by and through his Guardian Ad Litem DAWN BIANCO, individually and as successor in interest to the estate of STEVEN MOTLEY,<br><br>Plaintiff,<br><br>vs. | Lead Case No.: 2:14 cv-00767 MCE-AC<br><br>(Consolidated Case No.: 2:14 cv-01736-TLN-CMK)<br><br>**ORDER ON JOINT STIPULATION TO DISMISS OFFICER JARED HEBERT WITH PREJUDICE** |

| | |
|---|---|
| 1 | CITY OF REDDING, a municipal corporation; ROBERT F. PAOLETTI, JARED HEBERT, WES TOWNSLEY, BRANDON LARGENT, BECKY ZUFALL, CHRIS JACOBY; and DOES 1 to 25, inclusive, |
| | Defendants. |

The Court having read and considered the executed Joint Stipulation for Dismissal of Defendant Officer Jared Hebert, and good cause appearing, Officer Jared Hebert is hereby dismissed from this action, with prejudice.

**IT IS SO ORDERED.**

Dated: February 22, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE