| 1 | **GARY BRICKWOOD (SBN 94892)** |
| - | **BRICKWOOD LAW OFFICE** |
| 2 | 1135 Pine St., Suite 210 |
|   | Redding, CA 96001 |
| 3 | Tel (530) 245-1877 |
|   | Fax (530) 245-1879 |
| 4 | |
| 5 | Attorneys for Defendants |
|   | CITY OF REDDING, CHIEF ROBERT F. PAOLETTI, |
| 6 | JARED HEBERT, PEGGY PORTER and CHRIS SMYRNOS |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.M. by and through her guardian ad Litem ASHLEY MCCAIN, individually and as successor in interest to the Estate of STEVEN MOTLEY; CAROL ADAMS, individually, | Lead Case No. 2:14-cv-00767-MCE-AC (Consolidated Case No.: 2:14-cv-01736-TLN CMK) |
| Plaintiffs, | **DEFENDANTS CITY OF REDDING AND ROBERT PAOLETTI'S MOTION FOR SUMMARY JUDGMENT: INDEX OF EXHIBITS** |
| vs. | |
| CITY OF REDDING, et al., | Date: April 20, 2017 |
| Defendants. | Time: 2:00 p.m. |
| _____/ | Courtroom: 7 |
| | Honorable Morrison C. England, Jr. |
| S M-B, a minor, by and through his guardian ad litem DAWN BIANCO, individually and as successor in interest to the Estate of STEVEN MOTLEY, | |
| Plaintiff, | |
| vs. | |
| CITY OF REDDING, et al., | |
| Defendants. | |
| _____/ | |

**Exhibit A:**              Declaration of Gary Brickwood

    **Exhibit A(1):**    Copy of the Certified Reporter's Transcript of the Deposition of Jared Hebert

    **Exhibit A(2):**    Copy of the Certified Reporter's Transcript of the Deposition of Wesley Townsley

    **Exhibit A(3):**    Copy of the Certified Reporter's Transcript of the Deposition of Brandon Largent

    **Exhibit A(4):**    Copy of the Certified Reporter's Transcript of the Deposition of Rebecca Zufall

    **Exhibit A(5):**    Copy of the Certified Reporter's Transcript of the Deposition of Peggy Porter

    **Exhibit A(6):**    Copy of the Certified Reporter's Transcript of the Deposition of Chris Jacoby

    **Exhibit A(7):**    Copy of the Certified Reporter's Transcript of the Deposition of Arnold Josselson, M.D.

**Exhibit B**:              Declaration of Scott Seaman