
LAW OFFICES OF VICKI I. SARMIENTO
A Professional Corporation
VICKI I. SARMIENTO, SBN 134047
333 North Garfield Avenue
Alhambra, California 91801
Telephone: (626) 308-1171
Facsimile : (626) 308-1101

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorney for Plaintiffs L.M, CAROL ADAMS, S.M-B

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.M. by and through her Guardian Ad Litem ASHELY MCCAIN, individually and as successor in interest to the Estate of STEVEN MOTLEY; CAROL ADAMS, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF REDDING, CHIEF ROBERT F. PAOLETTI, OFFICER JARED HEBERT, OFFICER WES TOWNSLEY, OFFICER BRANDON LARGENT, OFFICER BECKY ZUFALL, CORPORAL CHRIS JACOBY; and DOES 1-10, inclusive , <br><br> Defendants. | Lead Case No.: 2:14 CV-00767 MCE-AC <br><br> (Consolidated Case No.: 2:14 CV-01736-TLN-CMK) <br><br> **DECLARATION OF VICKI I. SARMIENTO IN SUPPORT OF OPPOSITION TO DEFENDANTS CITY OF REDDING AND ROBERT F. PAOLETTI'S MOTION FOR SUMMARY JUDGMENT** |
| S.M-B, a minow, by and through his Guardian Ad Litem DAWN BIANCO, individually and as successor in interest to the estate of STEVEN MOTLEY, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF REDDING, a municipal corporation; ROBERT F. PAOLETTI, JARED HEBERT, WES TOWNSLEY, BRANDON LARGENT, | |

1
DECLARATION OF VICKI I. SARMIENTO IN SUPPORT OF OPPOSITION TO DEFENDANTS CITY OF REDDING AND
ROBERT F. PAOLETTI'S MOTION FOR SUMMARY JUDGMENT

BECKY ZUFALL, CHRIS JACOBY; and
DOES 1 to 25, inclusive,

    Defendants.

I, Vicki I. Sarmiento, declare as follows:

1. I am an attorney duly licensed to practice law in all of the Courts of the State of California. I have personal knowledge of the facts contained in this declaration and if called as a witness could and would testify competently thereto.

2. I make this declaration in support of Plaintiffs' Opposition to Defendants City of Redding and Robert F. Paoletti's Motion for Summary Judgment filed concurrently herewith.

3. Attached hereto as Exhibit "A" are true and correct copies of the relevant pages from the deposition testimony of Wes Townsley.

4. Attached hereto as Exhibit "B" are true and correct copies of the relevant pages from the deposition testimony of Chris Jacoby.

5. Attached hereto as Exhibit "C" are true and correct copies of the relevant pages from the deposition testimony of Brandon Largent.

6. Attached hereto as Exhibit "D" are true and correct copies of the relevant pages from the deposition testimony of Becky Zufall.

7. Attached hereto as Exhibit "E" are true and correct copies of the relevant pages from the deposition testimony of Peggy Porter.

8. Attached hereto as Exhibit "F" is a true and correct copy of Dr. Stephanie Fiore's forensic report.

9. Attached hereto as Exhibit "G" is a true and correct copy of Steven Motley's autopsy report.

I declare under penalty of perjury under the laws of the State of California and the laws of the United States that the foregoing is true and correct.

Executed this 16th day of March, 2017, at Alhambra, CA.


                                        */s/ Vicki I. Sarmiento*
                                        VICKI I. SARMIENTO