# EXHIBIT "G"



**FORENSIC MEDICAL GROUP, INC.**

Kelly A. Arthur-Kenny, M.D.
Arnold R. Josselson, M.D.
Mark A. Super, M.D.
Ikechi O. Ogan, M.D.

☒ AUTOPSY                    ☐ EXTERNAL EXAMINATION

NAME: MOTLEY, STEVEN A.                CASE NO. C13-0952
                                              (SHA13-008)

POSTMORTEM DATE: 10-10-2013           TIME: 1340 Hours

PLACE OF DEATH: Mercy San Juan Medical Center    DATE: 10-08-2013
                                                 TIME: 1456 Hours

AGE: 33              SEX: Male         RACE: Caucasian

## AUTOPSY FINDINGS:

1. Cutaneous abrasions and contusions.
2. Scalp lacerations.
3. Hemorrhage in back muscles.
4. Bilateral intercostal muscle hemorrhage.
5. Left rib fractures.
6. Multiple foci of subarachnoid hemorrhage of brain.
7. Small subdural hemorrhage of brain.
8. Large scalp contusions.
9. Bilateral hemothoraces.
10. Pulmonary congestion and edema.
11. Fracture of right radius and ulna.
12. Fracture of left fibula.
13. Acute bronchopneumonia.

NAME: MOTLEY, STEVEN A.                    CASE NO. C13-0952 (SHA13-008)          2

**CAUSE OF DEATH:** Cardiopulmonary Arrest during violent struggle with police in an individual under the influence of methamphetamine, (days).

**CONTRIBUTORY CAUSE(S) OF DEATH:** Methamphetamine intoxication.

**OTHER SIGNIFICANT CONDITIONS:**

1. Left rib fractures.
2. Subarachnoid and subdural hemorrhage of brain.
3. Bilateral hemothoraces.
4. Fracture of right radius and ulna.
5. Fracture of left fibula.


_11-8  A. Josselson_

**ARNOLD R. JOSSELSON, M.D.**
**Forensic Pathologist**

ARJ/wcp
D: 10-10-13
T: 10-22-13
F: 11-07-13