DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA  94104
Telephone:     (415) 697-2000
Facsimile:      (415) 813-2045

Attorneys for Defendants CITY OF REDDING, PEGGY PORTER, CHRIS SMYRNOS, and BECKY ZUFALL

Gary G. Goyette, Esq. – SBN 244715
Rachel E. Simons, Esq. – SBN 322804
**GOYETTE & ASSOCIATES, INC.**
**A Professional Law Corporation**
2366 Gold Meadow Way, Suite 200
Gold River, CA  95670
Telephone: (916) 851-1900
Facsimile: (916) 851-1995
Email:  goyetteg@goyette-assoc.com
            rachel@goyette-assoc.com

Attorneys for Defendants WES TOWNSLEY, BRANDON LARGENT, and CHRIS JACOBY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.M. by and through her Guardian Ad Litem ASHLEY MCCAIN, individually and as successor in interest to the Estate of STEVEN MOTLEY; CAROL ADAMS, individually, <br><br>　　　　　　　Plaintiffs, <br>　　v. <br><br>CITY OF REDDING, CHIEF ROBERT F. PAOLETTI, OFFICER JARED HEBERT, OFFICER WES TOWNSLEY, OFFICER BRANDON LARGENT OFFICER BECKY ZUFALL, CORPORAL CHRIS JACOBY; and DOES 1-10, inclusive, <br><br>　　　　　　　Defendants. | Consolidated Case No.: 2:14-CV-00767-MCE-AC <br><br>**DEFENDANTS' PROPOSED WITNESS LIST** <br><br>**EXHIBIT 1** <br><br>Hon. Morrison C. England, Jr. <br><br>Date:　April 4, 2019 <br>Time:　2:00pm <br>Ctrm:　Ctrm 7 <br><br>Trial:　May 20, 2019 |
| S.M-B, a minor, by and through his Guardian Ad Litem DAWN BLANCO, individually and as successor in interest to the estate of STEVEN MOTLEY, | |

|  | Plaintiff, |
|---|---|
|  | v. |
|  | CITY OF REDDING, a municipal corporation; ROBERT F. PAOLETTI, JARED HEBERT, WES TOWNSLEY, BRANDON LARGENT, BECKY ZUFALL, CHRIS JACOBY; and DOES 1-25, inclusive, |
|  | Defendants. |

Defendants City of Redding, Wes Townsley, Brandon Largent, Becky Zufall, Chris Jacoby, Peggy Porter, and Chris Smyrnos submit the following proposed witness list:

| Witness Name | Description of Testimony |
|---|---|
| 1. Wes Townsley | Defendant and percipient witness |
| 2. Brandon Largent | Defendant and percipient witness |
| 3. Chris Jacoby | Defendant and percipient witness |
| 4. Becky Zufall | Defendant and percipient witness |
| 5. Peggy Porter | Defendant and percipient witness |
| 6. Chris Smyrnos | Defendant and percipient witness |
| 7. Jared Hebert | Former Defendant and percipient witness |
| 8. Eric Forsberg, RPD | Responded to the scene after the incident, collected evidence and interviewed witnesses |
| 9. Mike Woods, RPD | Responded to the scene after the incident, collected evidence and interviewed witnesses |
| 10. Brian Berg, RPD | Responded to the scene during the incident with his K9, percipient witness |
| 11. Russell Veilleaux, RPD | Responded to Mercy Hospital, collected evidence |
| 12. Levi Solada, RPD | Responded to the scene after the incident, |

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

290700.1

| | |
|---|---|
| | collected evidence and interviewed witnesses |
| 13. Harry Bishop, RPD | Responded to the scene after the incident, collected evidence and interviewed witnesses |
| 14. Daniel Smetak, RPD | Responded to the scene after the incident, collected evidence and interviewed witnesses |
| 15. Eric Harney, RPD | Observed and assisted Shasta County Sheriffs Office with collection of evidence and photographs of the officers involved |
| 16. Douglas Moore, RPD | Responded to the scene of the crashed stolen truck, interviewed witnesses |
| 17. Mike Darling, RPD | Responded to the scene after the incident, collected evidence; Attended autopsy of Motley, collected evidence; Responded to Taylor Motors to examine the stolen truck, collected evidence; prepared diagrams for the final incident |
| 18. Darlene Perea, Shasta Co. | ID Technician; obtained/processed evidence from RPD |
| 19. Captain John Hubbard, Shasta Co. | Activated Critical Incident protocol; oversaw/directed investigation |
| 20. Sergeant James Beaupre, Shasta Co. | Responded to scene after the incident, collected evidence and interviewed witnesses |
| 21. Detective W. Gardner, Shasta Co. | Responded to the scene the day after the incident, interviewed witnesses; attended autopsy of Motley |
| 22. Sergeant Eric Magrini, Shasta Co. | Responded to the scene after the incident, met with investigators and assisted in overseeing |

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

3

DEFENDANTS' WITNESS LIST
CONSOLIDATED CASE NO.: 2:14-CV-00767-MCE-AC

290700.1

| | |
|---|---|
| | the investigation |
| 23. Deputy B. Estill, Shasta Co. | Responded to scene after incident, assisted in processing, taking photographs, collecting evidence |
| 24. Samantha Cheney, Shasta Co. | ID Technician, responded to scene after incident, took photographs, collected evidence |
| 25. K. Killian, Shasta Co. | ID Technician, took photographs, collected evidence |
| 26. Sergeant Lisa Lozada, Shasta Co. | Responded to Mercy Medical Center, took photographs, collected evidence; attended autopsy of Motley |
| 27. Nate Parsons, CHP | Multi Disciplinary Accident Investigation Team Leader; responded to Taylor Motors, examined stolen truck, took photographs, collected evidence |
| 28. T.C. Clark, CHP | Responded to scene of stolen truck crash, conducted interviews, authored TCR |
| 29. J. Cantrell, CHP | Multi Disciplinary Accident Investigation Team Investigator; responded to Taylor Motors, examined stolen truck, took photographs, collected evidence |
| 30. Steve Kramer, RFD | Responded to code 3 request by RPD, assisted with medical care of Motley |
| 31. Kyle Foot, RFD | Responded to code 3 request by RPD, assisted with medical care of Motley |
| 32. Jeremiah Stoke, RFD | Responded to code 3 request by RPD, assisted with medical care of Motley |

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

| | |
|---|---|
| 33. Arnold Josselson, M.D. | Conducted autopsy of Motley |
| 34. Shona Barnes, Shasta Co. | Pathology assistant, assisted in autopsy of Motley |
| 35. Dustin Reynolds, Shasta Co. | Coroner investigator, assisted in autopsy of Motley |
| 36. Bill Posey | Performed toxicology tests on specimens obtained from Motley |
| 37. J. Hendrix, DA Investigator | Responded to the scene after the incident, interviewed witnesses |
| 38. Aaron Staup, DA Investigator | Responded to the scene after the incident; Witnessed autopsy from viewing room |
| 39. Dane Michael Spence | Percipient witness to incident |
| 40. Michael Wayne Spence | Percipient witness to incident |
| 41. Katie Lynn Garroutte | Percipient witness to incident |
| 42. Sondra Gwynn Spence | Percipient witness to incident |
| 43. Thomas James Herrenkohl | Percipient witness to incident |
| 44. Greg Herman | Percipient witness to incident |
| 45. Tristan Herman | Percipient witness to incident |
| 46. Barbara Ann Kovasik | Percipient witness to incident |
| 47. Lars Axel Capener | Percipient witness to incident |
| 48. Ray Barber, Burney Fire | Chief of Burney Fire, reported items as stolen which were later found in stolen truck |
| 49. David Antonowich, Burney Fire | Owner of stolen property later found in stolen truck |
| 50. Richard King, M.D., Mercy Medical | E.R. doctor that provided care to Motley |
| 51. Anna Marie Russell | Percipient witness to incident |
| 52. Joyce Russell | Percipient witness to incident |

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

290700.1

| | |
|---|---|
| 53. Neil Patrick Sullivan | Percipient witness to incident |
| 54. Nels Paul Capener | Percipient witness to incident |
| 55. Beatriz Bernaba Dionicio | Percipient witness to incident |
| 56. Robert Joseph Wall | Percipient witness to incident |
| 57. Marissa Lanne Hermann | Percipient witness to incident |
| 58. Mark Haselrud | Percipient witness to incident |
| 59. Gary Vilke | Expert testimony as to cause of death |
| 60. Jeffrey Martin | Expert testimony as to use of force |
| 61. Scott Seaman | Expert testimony as to police training, policy, and procedures |
| 62. Dr. Stephane Fiore | Conducted second autopsy |
| 63. C. Tippings, Shasta Co. | Responded to the scene after the incident, collected evidence, interviewed witnesses |

Dated: March 7, 2019

Respectfully submitted,

ALLEN, GLAESSNER,
HAZELWOOD & WERTH, LLP

By: ___/s/ Dale L. Allen, Jr.___
    DALE L. ALLEN, JR.
    Attorneys for Defendants
    City of Redding, Peggy Porter, Chris Smyrnos, and Becky Zufall

GOYETTE & ASSOCIATES, INC.
A Professional Law Corporation

By: __/s/ Gary G. Goyette__
    Gary G. Goyette
    Attorney for Defendants
    WES TOWNSLEY, BRANDON LARGENT, and CHRIS JACOBY

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

290700.1