# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.M. by and through her Guardian Ad Litem ASHELY MCCAIN, individually and as successor in interest to the Estate of STEVEN MOTLEY; CAROL ADAMS, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF REDDING, CHIEF ROBERT F. PAOLETTI, OFFICER JARED HEBERT, OFFICER WES TOWNSLEY, OFFICER BRANDON LARGENT, OFFICER BECKY ZUFALL, CORPORAL CHRIS JACOBY; and DOES 1-10, inclusive ,<br><br>Defendants.<br><br>S.M-B, a minow, by and through his Guardian Ad Litem DAWN BIANCO, individually and as successor in interest to the estate of STEVEN MOTLEY,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF REDDING, a municipal corporation; ROBERT F. PAOLETTI, JARED HEBERT, WES TOWNSLEY, BRANDON LARGENT, BECKY ZUFALL, CHRIS JACOBY; and DOES 1 to25, inclusive,<br><br>Defendants. | Lead Case No.: 2:14 cv-00767 MCE-AC<br><br>(Consolidated Case No.: 2:14 CV-01736-TLN-CMK)<br><br>**ORDER REGARDING SETTLEMENT CONFERENCE** |

After consideration of the written Stipulation of counsel for the Plaintiffs and counsel for the Defendants, and good cause appearing, the relevant parties and persons with settlement authority are ordered to attend a Settlement Conference with Magistrate Judge Kendall J. Newman on April 29, 2019 at 9:00 am.

**IT IS SO ORDERED.**

**Dated: April 11, 2019**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE