# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.M. by and through her guardian ad litem ASHLEY MCCAIN, individually and as successor in interest to the Estate of STEVEN MOTLEY; CAROL ADAMS, individual,<br><br>       Plaintiffs,<br>vs.<br>CITY OF REDDING, et al.,<br>       Defendants.<br><br>S.M-B., a minor, by and through his guardian ad litem DAWN BIANCO, individually and as successor in interest to the estate of STEVEN MOTLEY,<br><br>       Plaintiff,<br>vs.<br>CITY OF REDDING, et. al.,<br>       Defendant. | Case No.: Lead Case No.: 2:14 CV-00767 MCE AC<br><br>(Consolidated with Case No.: 2:14 CV-01736 TLN CMK)<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR APPROVAL OF MINOR'S S.M-B COMPROMISE** |

  The Court having considered the Ex Parte Application for Order Approving Minor's S.M-B. Compromise and distribution of settlement funds and good cause appearing, IT IS ORDERED THAT:

1. The settlement of this action against Defendants City of Redding, et al., in the sum of $550,000 for minor S.M-B.'s is hereby approved.
2. The distribution of the settlement proceeds as set forth in the Petition is Approved.
3. The Court approves attorney's fees and costs in the amount of $236,488.44 for S.M-B. to the Law Offices of Dale K. Galipo, Law Offices of Vicki I. Sarmiento, and Pelta. Payment for attorney's fees and costs to be made payable to Law Offices of Vicki I. Sarmiento, Trust Account.
4. The Court approves the net proceeds of **$313,511.56** to be distributed through a structured settlement with Atlas Settlement Group, Inc., and for the purchase of an annuity on behalf of the minor.
5. Pacific Life Insurance Company will provide the periodic annuity payments to be made by Pacific Life & Annuity Services, Inc. in accordance with the amounts and schedule set forth in Exhibit B to the petition.
6. In the event that the minor plaintiff becomes deceased prior to reaching the age of majority, the remaining guaranteed payments will be made to Estate of the deceased minor. Upon reaching the age of majority, the minor plaintiff shall have the right to change this contingent beneficiary designation. No such designation, nor any revocation thereof, shall be effective unless it is reduced to writing, delivered to, and in a form acceptable to the Assignee.
7. If it has not already done so, within ten (10) days of this order, the authorized representative for the City of Redding (or its insurer) shall execute any Qualified Assignment agreement or release required by the

Annuity Carrier and any other documents required to consummate this settlement and structured annuity and return them to Plaintiff's counsel.

8. Defendant City of Redding, or its insurer, shall purchase the annuity ordered herein for the minor Plaintiff S.M-B. no later than either twenty (20) days from the date of this signed order.

**IT IS SO ORDERED.**

Dated: July 3, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

smb.1736